UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT A. BRATTON, JR., )<br>)<br>        Plaintiff, )<br>  vs. )<br>)<br>MARION COUNTY SHERIFF, )<br>)<br>        Defendant. ) | 1:06-cv-0400-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed pursuant to 28 U.S.C. § 1915A(b).**

Date: 07/25/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert A. Bratton, Jr.
DOC #985091
Correctional Industrial Complex
P.O. Box 601
Pendleton, IN 46064